**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

ROBERT MICHAEL ARDIS,

Plaintiff,

v. CASE NO. 3:18cv1273-MCR/GRJ

GARY BERGOSH, et al.,

Defendants.

_______________________________/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 7, 2018. ECF No. 15. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for emergency injunctive relief is **DENIED** and this case is **DISMISSED** for lack of subject matter jurisdiction and pursuant to the *Younger* abstention doctrine.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of June 2018.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**